IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| David Roberts, III, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Civil Action No.: 0:18-cv-02426-JMC |
| v. | ) ) | ORDER |
| Auto Pro's Sales of Rock Hill Inc., | ) ) ) | |
| Defendant. | ) ) | |

This matter is before the court for review of Plaintiff David Roberts, III ("Roberts") Motion to Compel filed on February 11, 2019. (ECF No. 24.) Roberts alleges that Defendant Auto Pro's Sales of Rock Hill Inc. ("Auto Pro's Sales") has failed to provide any response to his discovery requests. (*Id.* at 1.) To date, Auto Pro's Sales has not provided any responsive pleading to Roberts' Motion to Compel (ECF No. 24).

Because Roberts' Motion is unopposed and Auto Pro's Sales has not communicated with Roberts or the court, the court **GRANTS** Roberts' Motion to Compel (ECF No. 24) and **ORDERS** Auto Pro's Sales to provide answers to Roberts' discovery requests by March 27, 2019, at 5:00 p.m.

**IT IS SO ORDERED.**

*J. Michelle Childs*
United States District Judge

March 13, 2019
Columbia, South Carolina